IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM C. VALENTRINE, :

    Plaintiff,

v. : Case No. 3:10-cv-470

COMMISSIONER OF SOCIAL : JUDGE WALTER H. RICE
SECURITY,

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION IN ITS ENTIRETY (DOC.
#25); SUSTAINING PLAINTIFF'S MOTION FOR ATTORNEY FEES
(DOC. #22); AWARDING PLAINTIFF'S COUNSEL $10,644.00 IN
ATTORNEY FEES

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his August 30, 2013, Report and Recommendation (Doc. #25), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed within the time allotted.

The Court SUSTAINS Plaintiffs' Motion for Attorney Fees (Doc. #22), and AWARDS Plaintiff's counsel $10,644.00 in attorney fees.

The captioned case shall remain terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 17, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE